UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARCUS, DAVID M | ) | CASE NO. 05-11538 |
| | ) | |
| Debtor(s) | ) | Hon. A. BENJAMIN GOLDGAR |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Park City Branch Court, Courtroom B, 301 Greenleaf Ave., Park City, IL 60085

    On: September 18, 2009           Time: 2:00 p.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $48,809.61 |
    | Disbursements | $27,602.07 |
    | Net Cash Available for Distribution | $21,207.54 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joel A. Schechter TRUSTEE | $0.00 | $5,630.96 | $0.00 |
    | JOEL A. SCHECHTER TRUSTEE ATTORNEY | $0.00 | $4,475.00 | $75.46 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $3,878,359.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.28% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | STEVE BRUNNER | $2,000.00 | $5.69 |
| 2 | DAVID M. HARRIS, AS AGENT | $1,157,000.00 | $3,289.33 |
| 3 | LASALLE BANK N.A. | $2,719,359.61 | $7,731.10 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor (has or has not) been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Estate | 1,500,000.00 |
| Checking account | 3,880.65 |
| Household Furniture | 5,000.00 |
| Jewelry | 5,000.00 |
| Golf clubs | 10.00 |
| Stocks, Bonds | 14,895.00 |
| Partnership interests | 0.00 |

Dated: June 30, 2009

For the Court,

By: _____
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | Joel A. Schechter |
| Address: | 53 West Jackson |
| | Suite 1025 |
| | Chicago, IL  60604 |
| Phone No.: | (312) 332-0267 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: preed                 Page 1 of 1                  Date Rcvd: Aug 12, 2009
Case: 05-11538                 Form ID: pdf006             Total Noticed: 18

The following entities were noticed by first class mail on Aug 14, 2009.
db            David M. Marcus,    P.O. Box 866,    Highland Park, IL   60035-0866
aty          +Joel A Schechter,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
               Chicago, IL 60604-3650
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
tr           +Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
               Chicago, IL 60604-3650
9103457       David Harris,    3735 Techy Road,    Mundelein, IL 60060
9463448      +David M. Harris, as Agent,    c/o Michael Weininger,    333 W. Wacker Dr., Suite 1800,
               Chicago, IL 60606-1288
9103458      +Eric S. Rein,    Swartz Cooper Greenberg,    180 North LaSalle Street Suite 2700,
               Chicago, IL 60601-2757
9103459      +Ernest Simon,    Sachnoff & Weaver, LTD,    10 South Wacker Drive 40th Floor,
               Chicago, IL 60606-7506
9103460      +First Midwest Bank,    300 Park Blvd,    Suite 400,    Itasca, IL 60143-2682
9103461       Harris Brothers,    914 South Loomis Street,    Chicago, IL 60607-4012
9103462       IIH,    231 North Vineland Avenue,    La Puente, CA 91746
9103463      +LaSalle Bank,    135 South LaSalle Suite 2140,    Chicago, IL 60603-4489
9103464      +Michael Shakman & Stephen Bisgeier,    Miller Shakman & Hamilton,
               208 South LaSalle Street Suite 1100,    Chicago, IL 60604-1323
9103465       Ronald Harris,    2827 Woodmere Drive,    Mundelein, IL 60060
9103466      +Steve Brunner,    330 West Diversey #1909,    Chicago, IL 60657-6205
9103467       The Estate of Milton Harris,    Bernice Harris Executor,    3735 Techy Road,    Mundelein, IL 60060
9103468      +US Bank,    1005 Convention Plaza,    Saint Louis, MO 63101-1229
The following entities were noticed by electronic transmission on Aug 13, 2009.
9103456       Fax: 888-777-2057 Aug 13 2009 00:41:05      CCO Mortgage Corp,    10561 Telegraph Road,
               Glen Allen, VA 23059-4577
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9662756       LaSalle Bank N.A.
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 14, 2009**          **Signature:** *Joseph Speetjens*